Check No. 1129763

Voucher manifest below. Please save the following pages for your records.
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT
***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 09-05069-MDF | 11U-0 | ALBERT L PHILLIPS  Original Check written to:  AMERICAN CARE SERVICE OF PA  2620 RIDGEWOOD  AKRON, OH 44313- | | 498.97 | 56.03 | 0.00 | 56.03 |
| 10-00351-JJT | 13S-0 | FRANK A CANTAFIO  Original Check written to:  TREASURER, CITY OF SCRANTON  340 N WASHINGTON AVENUE  SCRANTON, PA 18503 | | 0.00 | 2,190.46 | 0.00 | 2,190.46 |
| 10-10146-RNO | 12S-0 | DELROY A BLAKE  Original Check written to:  BLUE MOUNTAIN LAKE CLUB  3 BLUE MOUNTAIN LAKE  E STROUDSBURG, PA 18301- | 622 | 0.00 | 10.30 | 0.00 | 10.30 |
| 11-04291-MDF | 14U-0 | GEORGE JONES  Original Check written to:  ROWAN COLLECTION AGENCY  1910 JANE ALEXANDER BLVD W  SALISBURY, NC 28147-1162 | 1776325 | 0.00 | 29.00 | 0.00 | 29.00 |
| 11-04502-RNO | 10U-0 | WALTER G NIKLES JR  Original Check written to:  HSBC BANK, USA  P.O. BOX 2013  BUFFALO, NY 14240- | 4212 | 48,808.43 | 1,116.11 | 0.00 | 1,116.11 |
| 14-04144-MDF | 120-0 | Original Check written to:  MARGARET C LANCASTER  358 JADE AVENUE  E STROUDSBURG, PA 18301 | | 0.00 | 900.00 | 0.00 | 900.00 |

**Charles J. DeHart, III**
**Standing Chapter 13 Bankruptcy Trustee**
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

Fulton Bank
Lancaster PA 17604

60-142 / 313

No. 1129763

July 01, 2015

PAY** Four Thousand Three Hundred One Dollars and 90 Cents************************

AMOUNT **$4,301.90**********

TO THE ORDER OF

VOID AFTER September 29, 2015
Positive Pay Account

CLERK U.S. BANKRUPTCY COURT
P.O. BOX 908
HARRISBURG, PA 17108-



MP

Case 5:11-bk-04502-RNO    Doc 55    Filed 07/01/15    Entered 07/01/15 08:15:41    Desc
Main Document    Page 1 of 1